## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRYSTAL MARIE STEPHENS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-4359** |
| | : | |
| **DEUTSCHE BANK NATIONAL** | : | |
| **TRUST COMPANY**, *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 6th day of August, 2025, upon consideration of Plaintiff Crystal Marie Stephens's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** as follows:

   a. All federal law claims are **DISMISSED WITH PREJUDICE**.

   b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                              **BY THE COURT:**


                              **/s/ Gerald Austin McHugh**
                              _____
                              **GERALD A. MCHUGH, J.**